UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA BRACCICA, JENNIFER BROWNE, ANDREA DEPALMA, DENNISE JOHNSON, and MARISOL VENTRICE,<br><br>Plaintiffs,<br><br>- against -<br><br>NORTHWELL HEALTH SYSTEMS,<br><br>Defendants. | Docket No.<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

ATTACHMENT

Michael A. Yoder Esq. *
Law Office of Michael Yoder PLLC
2300 Wilson Blvd, Suite 700 Arlington, VA 2201
(571) 234-5594
 myoder@yoderesq.com
*Pro hac vice forthcoming