NOTICE OF APPEAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRINA ABRAMOV, MAUREN ALCHERMES, DAWN ALOIS, JOY ALTRUI, ANGELA BASTONE-PERGOLA, EVGENIYA BATALLA, DIANE BONO, CYNTHIA BRACCIA, JENNIFER BROWNE, KATHERINE CARNEY, ANDREA DE PALMA, KAREN FERRANDO, CARMELA FIORICA, EILEEN HAGAN, SARAH HASENEY, MARYANN HOJNOWSKI, DENNISE JOHNSON, KATHERINE KOUGENTAKIS, NILBERK KURT, KAREN LA ROSA, DEBRA LANAHAN, NADIRA MAHABIR, VERONICA NEWTON, KATLYN PASTOR, REBECCA RAMIREZ, JULIA SHAW, ROSE TAYLOR, MIA TORRES, MARISOL VENTRICE and MICHELE WOODWARD-LAWTON | **NOTICE OF APPEAL** |
| | |
| | **No. 2:22-cv-06687** |
|        Plaintiffs, | |
| -against- | |
| NORTHWELL HEALTH SYSTEMS, | |
|        Defendant. | |

Notice is hereby given that Plaintiffs IRINA ABRAMOV, MAUREN ALCHERMES, DAWN ALOIS, JOY ALTRUI, ANGELA BASTONE-PERGOLA, EVGENIYA BATALLA, DIANE BONO, CYNTHIA BRACCIA, JENNIFER BROWNE, KATHERINE CARNEY, ANDREA DE PALMA, KAREN FERRANDO, CARMELA FIORICA, EILEEN HAGAN, SARAH HASENEY, MARYANN HOJNOWSKI, DENNISE JOHNSON, KATHERINE KOUGENTAKIS, NILBERK KURT, KAREN LA ROSA, DEBRA LANAHAN, NADIRA MAHABIR, VERONICA NEWTON, KATLYN PASTOR, REBECCA RAMIREZ, JULIA

SHAW, ROSE TAYLOR, MIA TORRES, MARISOL VENTRICE and MICHELE WOODWARD-LAWTON ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit all parts of the Decision and Order of Honorable Orelia E. Merchant granting defendants' motion to dismiss all causes of action, including Plaintiff's Title VII claim and Plaintiff Taylor's ADA claim and the judgment entered in this action on September 24, 2024.

Dated: October 7, 2024

Respectfully submitted,

/s/ Rachel L. Dreher
Rachel L. Dreher
YODER DREHER PEARSON LLP
2001 L St NW, Ste 500
Washington, D.C. 20036
Tel: (301) 875-2868
rdreher@ydplaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, a true copy of the foregoing was filed and served via the Court's CM/ECF and/or NextGen electronic filing system upon all parties and counsel of record.

By:    /s/ Rachel L. Dreher
Rachel L. Dreher